IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Kevin Hairston, ) | C/A NO.  0:15-2793-CMC-PJG |
| ) | |
| Petitioner, ) | |
| ) | **OPINION and ORDER** |
| v. ) | |
| ) | |
| Linda L. Thomas, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

This matter is before the court on Petitioner's *pro se* Petition for writ of habeas corpus filed in this court pursuant to 28 U.S.C. § 2241.  By Order filed August 3, 2015, Petitioner was given an opportunity to provide the necessary information and paperwork to bring the petition into proper form for evaluation and possible service of process.  Petitioner was warned that failure to provide the necessary information within the timetable set forth in the Order would subject the petition to dismissal.  ECF No. 5.  The time to bring this case into proper form now has lapsed.

Petitioner has failed to provide the necessary information and therefore has failed to comply with an order of this court.  This case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure.  *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

        s/ Cameron McGowan Currie
        CAMERON MCGOWAN CURRIE
        SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
September 14, 2015